Nu Enamel Corporation et al., Respondents, *v.* Nate Enamel Co., Inc., et al., Appellants.

(Argued June 5, 1935; decided July 11, 1935.)

*Murray C. Spett* and *Isidore Miller* for appellants.
*Edwin J. Lukas* for respondents.

Judgment affirmed, with costs. Judgment, by consent in open court, has been amended by striking out the provisions for an accounting. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.